**Exhibit A to the Complaint**

**Location:** Irving, TX  
**Total Works Infringed:** 79  
**IP Address:** 173.172.151.152  
**ISP:** Time Warner Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | CD6294A1E374A9314470B69751116A79B32C1E56 | Blacked Raw | 04/04/2018 08:01:11 | 11/18/2017 | 01/02/2018 | PA0002068867 |
| 2 | 005F68E32C85041A13A7F8F17E771403D061FE95 | Vixen | 10/26/2017 09:35:04 | 10/11/2017 | 10/19/2017 | PA0002090452 |
| 3 | 0279F8114C90ECBC2C775793D7CD9105ED963856 | Blacked | 03/09/2018 14:31:26 | 01/15/2018 | 01/24/2018 | PA0002101768 |
| 4 | 0A0A0B5B579202B43366DBABCDFB0FF38892F189 | Tushy | 01/19/2018 14:19:45 | 08/19/2017 | 10/10/2017 | PA0002086140 |
| 5 | 0F4CB5BFE31D785D0469C73F83F7CEB7AF0E1F9B | Blacked | 11/07/2017 19:03:47 | 11/06/2017 | 11/27/2017 | PA0002097974 |
| 6 | 142D803F6D0A049D8976F7C3D6E808E1F7658942 | Blacked Raw | 12/23/2017 23:07:30 | 12/23/2017 | 01/15/2018 | PA0002099706 |
| 7 | 1702BF88C607938862AD5AD08D3799C7A76C4EC1 | Vixen | 02/10/2018 19:12:37 | 11/05/2017 | 11/30/2017 | PA0002098007 |
| 8 | 1C61ABC608F28FE0EB1B8115519CA139B67455B0 | Blacked | 09/08/2017 16:58:04 | 09/07/2017 | 09/15/2017 | PA0002052840 |
| 9 | 1D63168E762F9CB41AE4DBD6646599AD0EFF3911 | Blacked | 07/10/2017 00:26:55 | 07/09/2017 | 08/17/2017 | PA0002077662 |
| 10 | 1F1523CE21888D1021051942687079E80D7FEAF9 | Tushy | 11/13/2017 01:45:13 | 11/07/2017 | 11/30/2017 | PA0002097995 |
| 11 | 21E262CE5356082B3CDE917564BE91B011CB1EF7 | Blacked Raw | 12/19/2017 05:50:31 | 12/18/2017 | 01/23/2018 | PA0002101753 |
| 12 | 24D8A4B04637387530796E5D65A63987ABE9317A | Vixen | 04/01/2018 20:50:42 | 01/14/2018 | 01/22/2018 | PA0002101751 |
| 13 | 2BAFA0F284141502661FCC82E9E47F077151986A | Blacked | 07/22/2017 03:59:57 | 07/19/2017 | 08/11/2017 | PA0002046876 |
| 14 | 2DF6105079B3741549CB8B00DAE926D8BA035B02 | Vixen | 02/09/2018 13:03:40 | 06/13/2017 | 07/07/2017 | PA0002070830 |
| 15 | 2FE4248FF403CC4AC400EB970FBEF1FC8D8454F4 | Blacked | 02/12/2018 04:31:13 | 02/09/2018 | 02/16/2018 | 16331855770 |
| 16 | 2FE53E644E8CCD219F82C3BDE649AF6DA5FC1BC9 | Blacked | 12/21/2017 23:13:53 | 12/21/2017 | 01/15/2018 | PA0002070941 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 30345D06651108177F2FCFB7EAA6B92BE2D5BD56 | Vixen | 11/12/2017 09:28:26 | 11/10/2017 | 12/04/2017 | PA0002097978 |
| 18 | 35FC391D7869DA183CB119D3D676978EC11ADDB9 | Blacked Raw | 12/13/2017 21:14:45 | 12/13/2017 | 01/02/2018 | PA0002097434 |
| 19 | 360CF572729CEB5E07FB70C3474B63D47FE52E02 | Vixen | 02/10/2018 20:26:06 | 11/25/2017 | 01/04/2018 | PA0002097450 |
| 20 | 368227F558D35B8A3CF9D3CA96D14C4AC31AFC72 | Vixen | 09/07/2017 16:08:38 | 09/06/2017 | 09/15/2017 | PA0002052844 |
| 21 | 39AD5B58AA96023EF698F66ACF5820C5B35250DA | Vixen | 03/25/2018 21:41:08 | 02/03/2018 | 02/07/2018 | 16288499183 |
| 22 | 3AF67ADE722E77AF5C23A9FB165F53CADB24E1AC | Blacked Raw | 04/04/2018 06:57:16 | 11/28/2017 | 01/04/2018 | PA0002097446 |
| 23 | 3BD80C790F02B34413E933AD54110459ECE6F10F | Blacked | 08/22/2017 15:34:38 | 05/30/2017 | 06/22/2017 | PA0002039295 |
| 24 | 3C2ECF682E82D48E081274FA2B9C4A95AD626BAE | Blacked | 01/28/2018 11:01:34 | 01/05/2018 | 01/15/2018 | PA0002099696 |
| 25 | 3F99FA0B22CF0F583B8F471E11F6F980AB2672C9 | Vixen | 05/19/2017 06:12:21 | 05/04/2017 | 06/16/2017 | PA0002069283 |
| 26 | 426790EA51C116D6BF9DDA61C5C820157D39D65D | Vixen | 12/21/2017 02:50:59 | 12/20/2017 | 01/15/2018 | PA0002099694 |
| 27 | 433F428791F48C8A958D3DA8F758847F23820F29 | Blacked | 06/11/2017 07:53:45 | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 28 | 43AF666D13FBC2B12953D257F6CA4935FC3CD7B5 | Blacked Raw | 04/04/2018 07:47:09 | 01/07/2018 | 01/24/2018 | PA0002101759 |
| 29 | 5264FF1CA20A869CA00A84EF194A50DD3CD7B93A | Blacked | 12/22/2017 07:42:37 | 08/28/2017 | 09/15/2017 | PA0002052848 |
| 30 | 53AAF521C172B4C3C723854A093DBBDA65E07EF1 | Vixen | 12/22/2017 07:46:44 | 06/03/2017 | 07/07/2017 | PA0002070834 |
| 31 | 53B63347AEFFE36C5758F862EBE76328D5C53544 | Blacked | 03/08/2018 23:38:53 | 03/06/2018 | 04/12/2018 | PA0002091581 |
| 32 | 554E325A9D7E7E6E67EB4F6AE427E8A6A2D051DC | Blacked | 03/24/2018 06:13:34 | 03/11/2018 | 04/07/2018 | 16490950811 |
| 33 | 5602E15C76A2CB2369322872F6C53500FB225372 | Blacked Raw | 03/30/2018 15:14:43 | 03/23/2018 | 04/07/2018 | 16490992283 |
| 34 | 5FDD1D5C14C8477B7671C8C22BA2893B25B73FC7 | Vixen | 12/31/2017 07:41:35 | 12/30/2017 | 01/15/2018 | PA0002070944 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 62C92B416712660F3575F3789860DFDB90A1A4C2 | Vixen | 03/21/2018 03:03:50 | 03/20/2018 | 04/12/2018 | PA0002091523 |
| 36 | 637973CB536525CD32F7FFDC054B4E1B9742D7FA | Tushy | 01/19/2018 14:18:38 | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 37 | 6671533EE8277923DF4254534389F8630C5BF901 | Blacked | 11/17/2017 05:12:05 | 11/16/2017 | 11/21/2017 | PA0002098042 |
| 38 | 6A5291E37ABD63DC4D92C660B3A49EF5862C1837 | Vixen | 07/15/2017 21:55:44 | 07/13/2017 | 08/10/2017 | PA0002046873 |
| 39 | 71E3A2888C2DB58BBCE9353A68D2FF80359E304A | Blacked | 10/26/2017 09:34:25 | 06/29/2017 | 07/07/2017 | PA0002070821 |
| 40 | 73098F3107FBE8E4AE1441F54DB3A42BC0D2E71E | Blacked Raw | 04/04/2018 07:29:43 | 02/06/2018 | 02/07/2018 | 16288499072 |
| 41 | 739EB8A76A0350F7CA58F6464551E732BCED35C1 | Blacked Raw | 11/06/2017 18:38:32 | 11/03/2017 | 12/04/2017 | PA0002098024 |
| 42 | 78F5DACFBD414605C47BD190F5C421E65F70B396 | Tushy | 12/29/2017 16:37:16 | 07/10/2017 | 08/18/2017 | PA0002077678 |
| 43 | 7C0B899865EC971F2A17A46608261D00BED010BB | Blacked | 01/31/2018 19:24:11 | 01/30/2018 | 03/01/2018 | PA0002079186 |
| 44 | 8019267B2E060E9558FF81A1EBE12E411841592F | Blacked | 02/14/2018 03:16:45 | 08/23/2017 | 10/10/2017 | PA0002086163 |
| 45 | 807F407D94E9D91A368B24C5EEA7DBA5FF438450 | Vixen | 08/02/2017 18:27:44 | 06/28/2017 | 07/07/2017 | PA0002070828 |
| 46 | 84BEF1867B3EF57983478E33EBCC9E016308D060 | Tushy | 11/13/2017 01:43:58 | 05/11/2017 | 06/22/2017 | PA0002039286 |
| 47 | 87894E3FA489B812EA1EDF9CCFE61C6FABBFFFED | Blacked | 12/02/2017 17:01:00 | 12/01/2017 | 01/04/2018 | PA0002097436 |
| 48 | 901129DA9629352ECBB99FF90FE06A5F749AF4DD | Blacked | 09/13/2017 20:39:45 | 09/12/2017 | 09/15/2017 | PA0002052846 |
| 49 | 933264A7E1BE372770286D56E1E2640F4BE36D81 | Tushy | 12/23/2017 22:08:38 | 12/22/2017 | 01/23/2018 | PA0002101752 |
| 50 | 9346C2F8A6E29C4B60C84E6579384A985F3474C0 | Vixen | 02/10/2018 20:04:11 | 12/10/2017 | 01/04/2018 | PA0002097451 |
| 51 | 9656E3F188CC3471B816D2B3310F838EC63BC2D3 | Vixen | 11/17/2017 16:00:12 | 10/16/2017 | 10/19/2017 | PA0002090451 |
| 52 | 973306499CCF5C90FB3899481EE9FDB896D23743 | Blacked | 12/08/2017 01:48:21 | 12/06/2017 | 01/04/2018 | PA0002097418 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | 9D1114F2ED6D94B73577B2D61F135B08A65E782D | Blacked | 01/12/2018 13:38:37 | 11/11/2017 | 11/27/2017 | PA0002098000 |
| 54 | 9D29B8DA43C5063F7087D93478E6DDF9605BD22A | Tushy | 10/29/2017 03:48:24 | 10/28/2017 | 12/04/2017 | PA0002098014 |
| 55 | A0F6BF8070A998876C36DED0B2A2F4012225842A | Vixen | 02/11/2018 15:39:46 | 03/30/2017 | 06/05/2017 | PA0002052862 |
| 56 | A29A683155E76F2A850D8919A6F031C806885DB6 | Blacked | 06/13/2017 15:33:13 | 04/30/2017 | 06/15/2017 | PA0002037580 |
| 57 | A41116F85A526DFD1C3CE8F69DC2356F5E5FFE45 | Tushy | 02/11/2018 02:10:09 | 06/30/2017 | 07/07/2017 | PA0002070818 |
| 58 | A890E0D79F6C5499009A42180B4D452FB4B71CE7 | Blacked Raw | 11/12/2017 11:12:02 | 11/08/2017 | 12/04/2017 | PA0002097993 |
| 59 | A90A83B444B4CCE14D07FBDCB7364C00F265F746 | Blacked Raw | 04/04/2018 08:14:29 | 02/01/2018 | 02/07/2018 | 16288762262 |
| 60 | A9DA038F460002F40B01C495B560A0947F2D691C | Vixen | 01/15/2018 04:04:03 | 01/09/2018 | 01/15/2018 | PA0002070945 |
| 61 | AC224610B7D83952E98AC57F52F7F6F5B6543665 | Blacked | 07/30/2017 00:15:20 | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 62 | AE6A89DD0FB4978EAC561028F9FB06AA0A8D7E6A | Tushy | 06/25/2017 06:05:10 | 05/01/2017 | 06/15/2017 | PA0002037577 |
| 63 | B0FE13ECF5F84AEAC8C53B134AC336CFB843CF0D | Blacked | 11/19/2017 07:37:48 | 10/27/2017 | 11/27/2017 | PA0002098016 |
| 64 | B378CAEB9DFA80E256C29E523B89DDF82169A9A8 | Vixen | 07/09/2017 23:42:08 | 07/08/2017 | 08/17/2017 | PA0002077664 |
| 65 | BACD302121B809732B9FF0FB004E7E8AFF61D9B7 | Tushy | 12/18/2017 07:53:47 | 12/12/2017 | 01/04/2018 | PA0002069349 |
| 66 | BCEE3E8FA1ACFCD155B0A357AE86B94CE8284480 | Blacked Raw | 02/14/2018 01:41:19 | 02/11/2018 | 02/17/2018 | 16331855536 |
| 67 | BD20A2B3640B044D5293D4ED70B33D22882C170C | Vixen | 07/22/2017 20:00:41 | 07/18/2017 | 08/10/2017 | PA0002046875 |
| 68 | C496C2BFE4C6D994F43DC665F2CBEE16FE85777A | Tushy | 12/29/2017 16:45:58 | 06/05/2017 | 07/07/2017 | PA0002074097 |
| 69 | CA328163FA3ADE41786B2BE2C246F9EB7AE2EEA4 | Blacked | 12/06/2017 05:44:04 | 06/09/2017 | 07/07/2017 | PA0002070825 |
| 70 | D05145D6CAA55168052E0D998AC6E235807F8E53 | Blacked Raw | 10/26/2017 09:36:37 | 10/24/2017 | 11/30/2017 | PA0002098011 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 71 | D2EB460A7C696C3A9D62EDCD797DDDD07094F2D5 | Blacked Raw | 11/17/2017 06:21:21 | 11/13/2017 | 11/30/2017 | PA0002098039 |
| 72 | D426A2D6E52831784821746CD52676CA758A10BA | Tushy | 12/08/2017 00:56:12 | 12/07/2017 | 01/04/2018 | PA0002097494 |
| 73 | D61D660EFFF062A22636BD566F09DA817B3DCF26 | Blacked Raw | 03/23/2018 17:45:36 | 03/18/2018 | 04/07/2018 | 16490950543 |
| 74 | D7FF2A6B26A8EB9B131FD59C812EAEAE049D7C8C | Vixen | 04/05/2018 21:44:25 | 04/04/2018 | 04/07/2018 | 16490951145 |
| 75 | E132E9FA5E49D121438054A52BF975E27F5A3AEA | Vixen | 12/21/2017 05:13:51 | 12/15/2017 | 01/24/2018 | PA0002101764 |
| 76 | EB7AE91B0DD3565F29908CB6FB8ED993D709A162 | Blacked | 11/09/2017 03:04:51 | 07/14/2017 | 08/11/2017 | PA0002046878 |
| 77 | EBC75FD3F24B24A008F1CB3134B8FD15ED6A438E | Tushy | 06/21/2017 05:01:36 | 06/20/2017 | 07/07/2017 | PA0002070816 |
| 78 | FD44EDB24CBD0DBFDF7E9F7D0E6A3B4451EDE702 | Vixen | 02/10/2018 19:14:26 | 09/21/2017 | 10/10/2017 | PA0002086168 |
| 79 | FE02F2A21D11DA6DDD57334B205EE6AAC2A01263 | Vixen | 02/10/2018 20:19:56 | 01/04/2018 | 01/15/2018 | PA0002070947 |